STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2454
    Facsimile: (213) 894-0015
    E-mail: Thomas.coker@usdoj.gov

Attorneys for Defendant United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AMP TREE SERVICE, Inc., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. EDCV 14-01556-RSWL(RZx)<br><br>SUMMARY JUDGMENT IN FAVOR OF UNITED STATES OF AMERICA |

    The defendant's motion for judgment came on for hearing before the Court, the Honorable Ronald S.W. Lew, United States District Judge, presiding.

    After carefully considering the papers filed in support of and in opposition to the motion, all matters properly a part of the record, and good cause appearing therefor,

//

//

//

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Amp Tree Service, Inc., is not entitled to a refund of federal income taxes for the year 2006; and

2. Plaintiff Amp Tree Service, Inc., takes nothing by its complaint.

DATED: 6/22/2015

**RONALD S.W. LEW**
RONALD S.W. LEW
United States District Judge

Presented By:

STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____/s/_____
THOMAS D. COKER
Assistant United States Attorney
Attorneys for the United States